# Exhibit 3

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ABBVIE INC., *et al.*,<br>　　　　　　　　　　*Plaintiffs*,<br>v.<br>GENTNER DRUMMOND, in his official capacity as ATTORNEY GENERAL.<br>　　　　　　　　　　*Defendant.* | No. 5:25-cv-00726-PRW |

## **DECLARATION OF STEVE HARTGRAVES**

1. My name is Steve Hartgraves. I am an adult resident of Jackson County, Oklahoma. I am the President and Chief Executive Officer of Jackson County Memorial Hospital ("JCMH"), a Public Trust Authority hospital in Altus, Oklahoma. I have been so employed since 2014.

2. I have personal knowledge of the matters set forth in this Declaration and I am competent to give this testimony.

3. I am familiar with JCMH's implementation of the federal 340B drug program regulating the discount pricing of covered 340B drugs. Pursuant to applicable federal law, JCMH is a covered entity with a hospital pharmacy. For at least 10 years, JCMH has also maintained contractual relationships with numerous outside pharmacies, including retail chain-store pharmacies, independent local pharmacies and specialty pharmacies ("contract pharmacies"), in order to better serve JCMH's patient base who qualify for 340B drug price discounts.

4. JCMH collaborates with its contract pharmacies to ensure strict adherence to all applicable federal laws, rules and regulations pertaining to the 340B drug program, including compliance audits and prohibitions against duplicative discounts or rebates and resale, transfer or other unauthorized diversions of 340B drugs.

5. Beginning in Fiscal Year ("FY") 2021, manufacturers of 340B drugs have increasingly imposed limitations and restrictions on the delivery and distribution of 340B drugs to JCMH through its contract pharmacy arrangements. At present, approximately 37 drug

manufacturers, including Novartis, restrict or limit JCMH's access to 340B drugs, principally through limitations on its use of contract pharmacies.

6. Like most rural Oklahoma hospitals, JCMH provides healthcare and other critical services to low income and other vulnerable populations, regardless of their ability to pay. In 2024, JCMH provided $6.04 million in community benefit, which includes uncompensated patient care.

7. JCMH relies in part upon savings it realizes through the 340B drug program to offset a portion of the deficit it experiences due to uncompensated patient care. JCMH uses its 340B savings to fund hospital services, safety net programs, increase the number of patients it serves, and expand and improve the services it provides its patients.

8. JCMH uses any savings or program income generated through the 340B program in accordance with what I understand to be the intent of the program, which is to stretch scarce federal resources as far as possible, reaching more eligible patients and providing more comprehensive services to those patients.

9. However, the restrictions imposed by drug manufacturers on the delivery of 340B drugs to JCMH through its contract pharmacy arrangements have drastically reduced the amount of revenue available to the hospital system to offset uncompensated patient care and partially fund these programs. For example, in FY 2021 JCMH realized 340B contract pharmacy savings of $1,757,233 - funds that were then available as a partial offset to uncompensated care. As the direct result of drug manufacturer restrictions imposed thereafter, JCMH has realized only $804,656 in 340B savings during FY 2024. That is a 54% decrease in savings compared to FY 2021.

**340B PROGRAM REVENUE FY 2020 - FY 2025**

| Fiscal Year | JCMH Program Revenue |
|---|---|
| 2021 | $1,757,233 |
| 2022 | $1,148,045 |
| 2023 | $1,653,719 |
| 2024 | $804,656 |

2

10. Because JCMH serves some of the most vulnerable and marginalized members of our community, JCMH depends upon the 340B program to continue to operate, and this situation will only worsen if the drug manufacturers are allowed to continue restricting the delivery and distribution of 340B drugs through contract pharmacy arrangements.

11. I am aware that Oklahoma recently enacted legislation to address the restrictions that manufacturers have imposed on the delivery and distribution of 340B drugs to Oklahoma pharmacies that have contracted with 340B covered entities. JCMH strongly supports this action as a necessary corrective measure to the pharmaceutical industry's unilateral restrictions.

12. I declare under penalty of perjury pursuant to 28 U.S.C. §1746(2) that the foregoing is true and correct. Executed this 13th day of August, 2025.

STEVE HARTGRAVES
President/CEO
Jackson County Memorial Hospital