# Exhibit 5

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ABBVIE INC., *et al.*, <br> *Plaintiffs*, <br> v. <br> GENTNER DRUMMOND, in his official capacity as ATTORNEY GENERAL. <br> *Defendant.* | No. 5:25-cv-00726-PRW |

## **DECLARATION OF RICHARD LOFGREN, M.D., MPH, FACP**

I, Dr. Richard Lofgren, declare the following:

1. I serve as the President and Chief Executive Officer at OU Medicine, Inc. d/b/a OU Health. As the President and CEO at OU Health, I lead the overall health system and am responsible for the strategic vision, clinical and operational direction, strategic growth, quality and safety, financial performance, and ongoing integration of OU Health.

2. OU Health is Oklahoma's flagship academic healthcare system, combining patient care, research, and education to deliver advanced medical care and comprehensive support services to patients across the state through a myriad of hospitals and clinics including the OU Health Children's Hospital, OU Medical Center, Stephenson Cancer Center, OU Health Transplant Institute, OU Health Reproductive Clinic, OU Health Hematology and Oncology Clinic, and OU Health Breast Health Network Clinic. OU Health is also a safety net healthcare system that prioritizes access for low-income, uninsured, and rural populations to ensure that the most vulnerable receive the care they need.

3. OU Health patients benefit from the use of contract pharmacies in relation to 340B reimbursement by maximizing the reach and impact of OU Health's services and resources. The resulting increase in savings from 340B reimbursements enables OU Health to expand federal funding to support patients regardless of their ability to pay for prescriptions and services and allows OU Health to reinvest in its healthcare services to patients and community health initiatives.

4. As a safety net healthcare system, OU Health provides financial assistance to eligible patients for emergency and medically necessary care. Around 35% of OU Health's patient population are Medicaid and Medicare patients. In FY 2024, OU Health spent over $600 million on unreimbursed Medicare and Medicaid expenses, and around $70 million on charity care for patients.

1

5.  In FY 2025, OU Health provided over $79 million in direct pharmacy benefits to its patients. Of this, approximately $7.7 million came from the 340B subsidy program and more than $2 million from the SPAF-340B benefit, both of which are income-based, direct patient assistance programs designed to help uninsured individuals and those who cannot afford their medications. The remaining support was funded through patient navigators helping patients access manufacturer assistance programs, grants, and other charitable sources, all of which are coordinated and administered by a dedicated team whose work is sustained by 340B savings.

6.  The 340B savings also enables OU Health to implement community initiatives that directly address its key community health priorities informed by the Central Oklahoma Community Health Needs Assessment. These initiatives address community identified high priority areas such as access to healthcare, education, employment, and housing. OU Health operates the Food for Health Program which offers free pantry box meals to patients and their families screened for food insecurity, as well as providing the families connections with long-term food assistance programs. OU Health also provides a Summer Food Program which provides free nutritious meals for children during the summer months when school-based food services are not available. To increase access to healthcare in the community, OU Health partners with Oklahoma City Public Schools for the Stay Well in School program to provide school-based digital health pediatric services. OU Health also operates the Street Medicine Program, an outreach program that provides integrated primary care services, ongoing prescription medication access, harm reduction, and preventive screenings to individuals experiencing homelessness or housing instability.

7.  Without the contract pharmacies to maximize the impact of 340B savings, OU Health would not be able to provide all of its current services and community programs to underserved and vulnerable individuals in the community.

8.  I state under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of August, 2025 in Oklahoma City, Oklahoma.

_Richard Lofgren_
Richard Lofgren, M.D., MPH, FACP