### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-25-00727-PRW |
| GENTNER DRUMMOND, | ) ) | |
| Defendant, | ) | |

AND

| | | |
|---|---|---|
| ABBVIE, INC. et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-25-00726-PRW |
| GENTNER DRUMMOND, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Under Federal Rule of Civil Procedure 42(a), the Court may consolidate any actions involving common questions of law or fact. Upon review, *Novartis Pharmaceuticals Corporation v. Drummond*, CIV-25-727-PRW and *Abbvie Inc. v. Drummond*, CIV-25-726-PRW appear to involve common questions of fact and law. Accordingly, on or before August 11, 2025, the parties shall show cause why these cases should not be consolidated.

1

**IT IS SO ORDERED** this 28th day of July 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE