## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ABBVIE INC., et al., | ) |
|         Plaintiffs, | ) |
| v. | )    Case No. CIV-25-726-PRW |
| GENTNER DRUMMOND, in his official capacity as ATTORNEY GENERAL OF OKLAHOMA, | ) |
|         Defendant. | ) |

**ORDER**

Before the Court are Plaintiffs' Motion and Supporting Brief for an Evidentiary Hearing on Their Preliminary-Injunction Motion (Dkt. 38) and Defendant's Response (Dkt. 39).

Upon review of the filing, the Court **GRANTS** Plaintiffs' Motion. To the extent that factual disputes exist in this case, the Court will give each party an opportunity to present evidence. A notice of hearing will follow.

**IT IS SO ORDERED** this 16th day of September 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1