# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ABBVIE INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-25-726-PRW |
| | ) |
| GENTNER DRUMMOND, in his personal capacity as ATTORNEY GENERAL OF OKLAHOMA, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiffs' Motion for Expedited Discovery or in the Alternative, Motion to Strike (Dkt. 65). Because Defendant opposes the Motion, the Court **ORDERS** Defendant to respond to Plaintiffs' Motion on or before September 24, 2025, explaining why the Court should not order expedited discovery in this matter or bar Defendant's witnesses from Testifying at the Hearing set for October 3, 2025.

**IT IS SO ORDERED** this 23rd day of September 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1